**Tanya Blackwell** [2nd]
Attorney
Greater Philadelphia Area | Legal Services

| | |
|---|---|
| Current | • **Attorney at Law Office of Tanya L. Blackwell** |
| Past | • Litigation Support Consultant/ Attorney at Pitney Bowes Management Services<br>• Commercial Underwriting Specialist at Title & Underwriters Settlement Solutions, Inc.<br>• Sr. Real Estate Specialist at Harrington, Moran & Barksdale, Inc. |
| | see all... |
| Education | • Howard University School of Law<br>• Drew University |
| Connections | 104 connections |
| Websites | • Company Website |

Share    PDF    Print    Flag

## Summary

The Law Office of Tanya L. Blackwell has offices in Philadelphia PA and Washington DC, is a plaintiff's only firm protecting the rights of everyday people and providing affordable legal services. Practice areas include: employment discrimination, foreclosure defense litigation, bankruptcy, and personal injury.

Spanish Fluency

Ms. Blackwell completed her undergraduate work in Political Science and Economics at Drew University in Madison NJ. Ms. Blackwell worked as a pension fund researcher for a large investment fund. Ms. Blackwell received her law degree from Howard University School of Law. Upon graduation, Ms. Blackwell went into private practice in Washington DC. While focusing on her practice, Ms. Blackwell frequently handled worker's rights issues and real estate matters on a pro bono basis.

Ms. Blackwell is an active volunteer in her church and community. Ms. Blackwell is following in the footsteps of her grandmother, Virginia civil rights activist, Mrs. Lillian S. Blackwell, who successfully sued to ban segregation in public accommodations and end segregation in Fairfax County Schools.

## Experience

### Attorney
**Law Office of Tanya L. Blackwell**
Law Practice industry
August 2007 – Present (4 years) | Greater Philadelphia Area, Washington DC, New York, NY

The Law Offices of Tanya L. Blackwell is a plaintiff only law firm. Our practice focus is on foreclosure defense litigation, bankruptcy, personal injury, and employment discrimination.

### Litigation Support Consultant/ Attorney
**Pitney Bowes Management Services**
Public Company; PBI; Outsourcing/Offshoring industry
September 2006 – July 2007 (11 months)

• Train PBLS and client firm legal support personnel on legal technology software, e.g. Concordance, Summation, IPRO and iCONECT based review tools
• Design training modules and schedule of classes to optimize learning
• Serve as the electronically stored information (ESI) subject matter expert, including consultations on Federal Rules of Civil Procedure compliance
• Write e-discovery case law summaries, court rule compliance guidelines, and model litigation hold letters
• Provide expert guidance on trial graphics, trial presentation technology, digital conversion, electronic evidence discovery, document management, disaster recovery planning, and multi-function device integration
• Advise clients on litigation strategies, staffing requirements, technology acquisitions, standard operating procedures, and best practices
• Manage all incoming litigation support projects according to client specifications during project delivery life cycle, including budget and quality control measures
• Increased e-discovery sales by 400% through new and existing clients
• Plan and prepare consultative sales presentation material, responded to request for proposals (RFP's), prepare year-end review of client accounts for renewal with an emphasis on identifying unrealized revenue potential
• Serve as the point of contact with outside vendors, monitor vendor performance and ensure effectiveness and compliance with all functional and business requirements

### Commercial Underwriting Specialist
**Title & Underwriters Settlement Solutions, Inc.**
Legal Services industry
July 2005 – August 2006 (1 year 2 months)

• Examined commercial property title, in accordance with local examining procedures
• Abstracted and analyzed deeds, mortgages, leases, easements, taxes and judgments to determine clear title
• Apprised attorneys of status of property, defects, and requirements for issuing title insurance policies
• Pursued any necessary curative methods to provide the client with clear title
• Prepare closing documents

P-1

**Sr. Real Estate Specialist**
Harrington, Moran & Barksdale, Inc.
Partnership; Real Estate industry
September 2004 – June 2005 (10 months)

• Managed portfolio of properties in foreclosure
• Advised and conferred with attorneys in a multi-state area on loss mitigation issues, including workout modifications, balloon modifications, warranty deeds, and subordination agreements.
• Reviewed and approved offers, pricing and strategy changes based on offer/acceptance guidelines and current policy and procedures for REO assets
• Examined foreclosure files on complex or difficult cases, and arranged coordination of compliance and procedural issues with other departments
• Ensured client compliance with Federal regulations and applicable state and local statutes
• Identify and source real estate maintenance service providers, monitor vendor activity, resolve vendor disputes, and approve payment based on qualified completion of duties
• Developed and implemented regional marketing strategies to dispose of assigned inventory in accordance with corporate policy and objectives
• Verified Property Valuation information, reconcile and/or support recommended changes
• Analyzed property inspection report, recommend repairs, monitor vendors repair progress

**Knowledge Manager / Staff Attorney**
Lawyers' Committee for Civil Rights Under Law
Nonprofit; Legal Services industry
October 2001 – May 2004 (2 years 8 months)

• • Web content manager for the Civil Rights Litigation Resource Center - CRLRC.org,
• Create web-based library of civil rights litigation training manuals, briefs and practice materials
• Developed topical taxonomy structure for civil rights litigation website
• Train new attorneys on successful trial techniques, trial story development, legal research, witness development, deposition skills, and general trial advocacy using emerging technologies
• Train the trainer coursework in advanced legal writing, legal technology, and litigation strategies
• Recruit litigation subject matter experts from national civil rights litigation organizations; PRLDEF, NOW LDF, NAACP LDF, AALDEF, The Impact Fund, and regional experts
• Litigate civil rights cases in federal and state courts, including legal research, deposition defense, witness preparation, witness location, case development, and writing motions and managing support staff and remote office team
• Supervise document production team of 20 paralegals in the collection of over 2 million pages of documents, including scanning, coding, and uploading of materials to web-based database

**Account Manager**
Thomson West
Public Company; TOC; Legal Services industry
May 2000 – March 2001 (11 months)

• Create and deliver computer assisted legal research (CALR) instruction, small and large group classes, one-on-one, and telephonic training in criminal law, commercial litigation, labor, employment, securities, insurance, and public records
• Receive advanced training in developing instructional design strategies, lesson plan development, alternative learning delivery methods, and web-based instruction methodology
• Recover revenue across all accounts by 45000USD/monthly within six months
• Plan and prepare sales presentation material, prepare year-end review of client accounts for renewal with an emphasis on identifying unrealized revenue potential
• Supervise team members to assure client satisfaction and the attainment of corporate goals
• Organize, analyze, and interpret usage results and provide cost effective recommendations
• Oversee monthly and quarterly assessments and forecasts of organization's financial performance against budget, financial and operational goals
• Negotiate software contracts and licensing agreements

**Trial Attorney**
Law Office of T. Blackwell
Law Practice industry
June 1995 – April 2000 (4 years 11 months)

• Criminal defense attorney, under the authority of the Public Defender Service in the District of Columbia, successfully defending indigent clients facing prosecution by the United States Attorneys' Office
• Represented clients in criminal and civil cases in Federal and State courts
• Researched and drafted pre-trial motions, developed trial strategy, prepared post-conviction sentencing reports and motions and reviewed trial transcripts for errors on appeal and drafted appellate briefs
• Successfully completed Homicide, Burglary, Assault, Drug Sale, Embezzlement, Auto Theft, Child Abuse and D.U.I. criminal matters
• Assist indigent clients with related legal issues, including disability claims, housing, divorce, child custody, and bankruptcy matters

## Education

**Howard University School of Law**
JD, Law
1991 – 1994

**Drew University**
1986 – 1990

## Additional Information

Websites:         • Company Website

Interests:        Real Estate, Foreclosure Defense Litigation

| Groups and Associations: |  Drew University Alumni — Join |
| | HBA Global Beauty Event — Join |
| | Howard University School of Law Alumni — Join |
| | LexNoir Global — Join |
| | Women in eDiscovery — Join |
| | e-LEGAL — Join |

## Contact Settings

**Interested In**
- career opportunities
- new ventures
- reference requests
- consulting offers
- expertise requests
- getting back in touch

# TANYA L. BLACKWELL
800 N. 2nd Street #168 Philadelphia PA 19123
215-764-6910 home/mobile
E-mail: tanya.blackwell@gmail.com

Paralegal, Tyshchenko Williams Wong & Zitron                9/2007 - 5/2010
Philadelphia PA
- Prepare intake documents, interview clients, examine accident scene, prepare trial exhibits
- Liaison with clients and banks to develop loan modification agreements
- Prepare closing package, review title, identify errors, cure title defects
- Direct and coordinate law office management, including couriers and court reporters
- Prepare legal documents, including briefs, pleadings, appeals, wills, and real estate closing documents
- Meet with clients and other professionals to discuss details of case
- File pleadings with court clerk, hand deliveries and e-file
- Gather and analyze legal research data, such as statutes, decisions, and legal articles

Title Examiner, Title & Underwriters Settlement Services
                                                    7/2005 - 8/2007
Charlotte NC
- Manage team of commercial and residential title searchers, examiners and underwriters
- Conduct title searches, including full 60-year, bring downs, and current owner searches
- Examine commercial property title, in accordance with local examining procedures
- Review abstract and analyze deeds, mortgages, leases, easements, taxes and judgments to determine clear title
- Apprise attorneys of status of property, defects, and requirements for issuing title insurance policies
- Pursue any necessary curative methods to provide the client with clear title
- Prepare closing package, HUD-1, record documents with appropriate county
- Order payoff, issue payments to vendors/brokers

Sr. Foreclosure Specialist, Harrington, Moran & Barksdale, Inc.
                                         10/2004 - 7/2005
Arlington VA
- Managed portfolio of 250+ properties in foreclosure
- Identify and source real estate maintenance service providers, monitor vendor activity, resolve vendor disputes, and approve payment

P-2

- based on qualified completion of duties
- Reviewed and analyzed issue arising from debtor/attorney disputes, issues of notices, title, probate, reinstatement or payoff, analysis of payment histories, and escrow disputes
- Advised and conferred with attorneys in a multi-state area on loss mitigation issues, including workout modifications, balloon modifications, warranty deeds, and subordination agreements.
- Examined foreclosure files on complex or difficult cases, and arranged coordination of compliance and procedural issues with other departments
- Ensured client compliance with Federal regulations and applicable state and local statutes

Temporary Escrow Manager, TransUnion Settlement Solutions
7/2004 - 11/2004
Reston VA

- Prepared and reviewed the HUD-1 statements
- Opened orders, prepared escrow instructions and estimated files for closing
- Balanced the loan closing, ordered payoffs, calculated files, and disbursed funds
- Filed unrecorded documents, ensuring fees are correct and documents were properly recorded

EDUCATION

Drew University, Bachelor of Arts
Madison NJ

SKILLS AND CERTIFICATIONS

Spanish - Conversational
MS Word, MS Excel, MS PowerPoint, MS Visio, MS Project
Westlaw, LexisNexis, LoisLaw, PACER, Courtlink
Title Express, Soft Pro, Pro Trust, Lenstar, VendorScape